# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MICHAEL NELLUMS                                                    PLAINTIFF

v.                        No. 4:19-cv-751-DPM

NORTH LITTLE ROCK SCHOOL DISTRICT                                  DEFENDANT

## ORDER

Nellums's attorney, Mr. Walker, recently passed away. The Initial Scheduling Order, № 5, is modified: Rule 26(f) report due by 17 January 2020. Nellums must hire a new lawyer, or file a paper stating he intends to proceed without a lawyer, by 20 December 2019. The Court directs Mr. Walker's staff and defense counsel to mail this Order to Mr. Nellums's last known address.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

20 November 2019