IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL NELLUMS**                                                                                      **PLAINTIFF**

v.                             **Case No. 4:19-cv-00751-DPM**

**NORTH LITTLE ROCK SCHOOL**
**DISTRICT, a public body corporate**                                                       **DEFENDANT**

## SECOND JOINT STATUS REPORT

Comes now counsel for Plaintiff and Defendant, and for their Second Joint Status Report, state as follows:

1. Discovery in this matter is complete. Plaintiff issued a good faith discovery dispute letter today, requesting a supplement to previously propounded discovery. Defendant is reviewing the letter and will respond early next week. Thereafter, the parties will confer in person if a dispute remains, as required by the Court, and Plaintiff will determine if Court intervention pursuant to the scheduling order remains necessary.

2. Defendant is filing a Motion for Summary Judgment and supporting Brief today.

3. The parties are not requesting a settlement conference.

4. As for trial, the parties would not anticipate trial to take more than two days.

    Respectfully submitted,

    **Jay Bequette**, Ark. Bar No. 87012
    **W. Cody Kees**, Ark. Bar No. 2012118
    BEQUETTE, BILLINGSLEY & KEES, P.A.
    425 West Capitol Avenue, Suite 3200
    Little Rock, AR 72201-3469
    Telephone: (501) 374-1107
    Fax: (501) 374-5092
    Email: jbequette@bbpalaw.com
           ckees@bbpalaw.com

    *Attorneys for Defendant*

    and

**Lawrence Walker**
JOHN W. WALKER, P.A.
1723 Broadway Street
Little Rock, AR 72206
Phone: (501) 374-3758
Fax: (501) 374-4187
Email: lwalker@jwwlawfirm.com

*Attorney for Plaintiff*