IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL NELLUMS                                                              PLAINTIFF

v.                              No. 4:19-cv-751-DPM

NORTH LITTLE ROCK SCHOOL DISTRICT                        DEFENDANT

JUDGMENT

Nellums's complaint is dismissed without prejudice.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 October 2020